EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
VICTORIA B. WILSON
Supervising Deputy Attorney General
RYAN M. SMITH
Deputy Attorney General
State Bar No. 215076
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 897-2712
  Fax: (213) 897-6496
  Email: DocketingLAAWT@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY TRUJILLO,**<br><br>                    Petitioner,<br><br>     v.<br><br>**KEN CLARK, Warden,**<br><br>                    Respondent. | CV 08-6450-JFW (CT)<br><br>**ORDER**<br><br>U.S. Magistrate Judge<br>Hon. Carolyn Turchin<br><br>**PLEASE NOTE CHANGES<br>MADE BY THE COURT** |

Having considered Respondent's application for enlargement of time, and good cause appearing, IT IS ORDERED that the application is GRANTED and that Respondent is granted to and including November 26, 2008, in which to file and serve the ordered Answer to the Petition for Writ of Habeas Corpus.  Petitioner's reply if any is due on or before December 12, 2008.

RESPONDENT SHOULD NOT ANTICIPATE A FURTHER EXTENSION OF TIME ABSENT COMPELLING CIRCUMSTANCES.

Presented by:   /s/Ryan M. Smith
                RYAN M. SMITH
                Deputy Attorney General

DATED: October 31, 2008                    ***CAROLYN TURCHIN***
                                           HON. CAROLYN TURCHIN
                                           U.S. Magistrate Judge